**SENIOR INDUSTRIES, INC.,**
**Plaintiff–Appellant,**

v.

**THOMAS & BETTS CORPORATION, Diamond Communications Products, Inc., and Sachs Communications, Inc. (also known as Sachs Worldwide Company), Defendants–Cross Appellants.**

No. 03–1108, 03–1109.

United States Court of Appeals,
Federal Circuit.

Oct. 24, 2003.

Rehearing Denied Nov. 25, 2003.

Before MICHEL, SCHALL and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.